## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Regina N.K. Ndeto<br>      Debtor | CHAPTER 13 |
| ARCPE HOLDING, LLC<br>      Movant<br>  vs.<br>Regina N.K. Ndeto<br>      Debtor<br>Frederick L. Reigle Esq.<br>      Trustee | NO. 15-18989 JKF<br><br>11 U.S.C. Section 362 |

## MOTION OF ARCPE HOLDING, LLC
## FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER SECTION 362

1. Movant is ARCPE HOLDING, LLC.

2. Debtor is the owner of the premises 305 Fairfield Avenue, Upper Darby, PA 19082, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $115,000.00 on the mortgaged premises that was executed on May 18, 2006. Said mortgage was recorded on July 11, 2006 at Book 3848, Page 2000. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on January 25, 2018, at Book 06121, Page 1173 in Delaware County.

4. Frederick L. Reigle Esq., is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor.

6. Debtor has failed to make the monthly post-petition mortgage payments in the amount of $1,041.00 for the months of January 2016 through March 2018.

7. The total amount necessary to reinstate the loan post-petition is $28,107.00.

8. Movant is entitled to relief from stay for cause.

9. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

*/s/ Kevin G. McDonald, Esquire*
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant

Date: May 29, 2018