United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-18989-jkf
Regina N.K. Ndeto                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jul 13, 2018
                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
13696095       +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    LSF9 Master Participation Trust
       ecfmail@mwc-law.com
      DAVID   NEEREN    on behalf of Creditor    Palm Avenue Hialeah, LLC dneeren@udren.com,
       vbarber@udren.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      JOHN ERIC KISHBAUGH    on behalf of Creditor    ARPCPE Holding, LLC jkishbaugh@udren.com,
       vbarber@udren.com
      KEVIN G. MCDONALD    on behalf of Creditor    ARPCPE Holding, LLC bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
       steve@bottiglierilaw.com,    ecfnotice@comcast.net
      TIMOTHY   ZEARFOSS    on behalf of Debtor Regina N.K. Ndeto tzearfoss@aol.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                          TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18989-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Regina N.K. Ndeto
424 Winfield Avenue
Upper Darby PA 19082

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/13/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134 | Citibank, N.A., as trustee for CMLTI Asset Trust<br>C/O Fay Servicing, LLC<br>3000 Kellway Dr. Ste 150<br>Carrollton, TX 75006 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/15/18                                                                Tim McGrath
                                                                                  **CLERK OF THE COURT**