# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Regina N.K. Ndeto | | CHAPTER 13 |
| | Debtor | |
| ARCPE HOLDING, LLC | Movant | |
| vs. | | NO. 15-18989 JKF |
| Regina N.K. Ndeto | Debtor | |
| Frederick L. Reigle Esq. | Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 8th day of May, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 305 Fairfield Avenue, Upper Darby, PA 19082 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

_____
United States Bankruptcy Judge.

Jean K. FitzSimon

Regina N.K. Ndeto
424 Winfield Avenue
Upper Darby, PA 19082

Timothy Zearfoss Esq.
143-145 Long Lane (VIA ECF)
Upper Darby, PA 19082

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532