United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18989-jkf
Regina N.K. Ndeto                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey        Page 1 of 1          Date Rcvd: May 09, 2019
                           Form ID: pdf900      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db              +Regina N.K. Ndeto,    424 Winfield Avenue,    Upper Darby, PA 19082-2121
cr              +Citibank, N.A., as trustee for CMLTI Asset Trust,    c/o Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2019 02:40:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: duffyk@co.delaware.pa.us May 10 2019 02:41:02    Delaware County Tax Claim Bureau,
                 Government Center,   201 W. Front Street,   Media, PA 19063-2708
                                                                                        TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
         ALEXANDRA T. GARCIA    on behalf of Creditor   LSF9 Master Participation Trust ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
         CELINE P. DERKRIKORIAN    on behalf of Creditor   LSF9 Master Participation Trust
           ecfmail@mwc-law.com
         DAVID   NEEREN    on behalf of Creditor   Palm Avenue Hialeah, LLC dneeren@udren.com,
           vbarber@udren.com
         JOHN ERIC KISHBAUGH    on behalf of Creditor   ARPCPE Holding, LLC jkishbaugh@udren.com,
           vbarber@udren.com
         KEVIN G. MCDONALD    on behalf of Creditor   ARPCPE Holding, LLC bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor   ARPCE HOLDING, LLC. bkgroup@kmllawgroup.com
         LEONARD B. ALTIERI, III    on behalf of Creditor   Delaware County Tax Claim Bureau
           laltieri@toscanigillin.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
         TIMOTHY ZEARFOSS    on behalf of Debtor Regina N.K. Ndeto tzearfoss@aol.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Regina N.K. Ndeto | | |
| | Debtor | CHAPTER 13 |
| ARCPE HOLDING, LLC | | |
| | Movant | |
| vs. | | |
| | | NO. 15-18989 JKF |
| Regina N.K. Ndeto | | |
| | Debtor | |
| Frederick L. Reigle Esq. | | |
| | Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 8th day of May , 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 305 Fairfield Avenue, Upper Darby, PA 19082 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale, or deed in lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of

_____
United States Bankruptcy Judge.

Jean K. FitzSimon

Regina N.K. Ndeto
424 Winfield Avenue
Upper Darby, PA 19082

Timothy Zearfoss Esq.
143-145 Long Lane (VIA ECF)
Upper Darby, PA 19082

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532