| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-18989-AMC

REGINA N.K. NDETO
424 WINFIELD AVE
UPPER DARBY  PA    19082

Petition Filed Date: 12/16/2015
341 Hearing Date: 03/18/2016
Confirmation Date: 05/18/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $700.00 | 25279498888 | 02/26/2019 | $700.00 | 25353566662 | 03/26/2019 | $700.00 | 25353568462 |
| 04/29/2019 | $700.00 | 25558206480 | 05/24/2019 | $700.00 | 25558225367 | 06/25/2019 | $700.00 | 25558240454 |
| 08/19/2019 | $700.00 | 25609911423 | 09/04/2019 | $700.00 | 25609928141 | 10/02/2019 | $700.00 | 25761088945 |
| 11/01/2019 | $700.00 | 25661058052 | 12/03/2019 | $700.00 | 26382026046 | 12/26/2019 | $700.00 | 25661088167 |
| 01/28/2020 | $700.00 | 26141502510 | 03/03/2020 | $700.00 | 26141523491 | 04/07/2020 | $700.00 | 25661099474 |
| 05/05/2020 | $700.00 | 26336635053 | 05/20/2020 | $700.00 | 26336642286 | 07/14/2020 | $700.00 | 26544550555 |
| 08/03/2020 | $700.00 | 26544568781 | | | | | | |

**Total Receipts for the Period: $13,300.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $36,253.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | NORTHERN LEASING SYSTEMS INC<br>»» 004 | Unsecured Creditors | $974.22 | $0.00 | $974.22 |
| 1 | DELAWARE COUNTY TAX CLAIM BURE<br>»» 001 | Secured Creditors | $10,697.32 | $10,317.99 | $379.33 |
| 2 | DELAWARE COUNTY TAX CLAIM BURE<br>»» 002 | Secured Creditors | $18,590.50 | $17,931.28 | $659.22 |
| 3 | FAY SERVICING LLC<br>»» 003 | Ongoing Mortgage | $0.00 | $0.00 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $17,441.35 | $0.00 | $17,441.35 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Mortgage Arrears | $812.60 | $783.79 | $28.81 |
| 7 | TIMOTHY ZEARFOSS  ESQ<br>»» 007 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 15-18989-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,253.00 | Current Monthly Payment: | $700.00 |
| Paid to Claims: | $32,533.06 | Arrearages: | ($33.00) |
| Paid to Trustee: | $3,089.94 | Total Plan Base: | $39,720.00 |
| Funds on Hand: | $630.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.