**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **Regina N. K. Ndeto,** | : Chapter 13 |
| | **Debtor** | : Case No. 15-18989-amc |

**CERTIFICATION OF NO RESPONSE**

I, Stephen V. Bottiglieri, Esquire, hereby certify that no answer, objection, other responsive pleading, or request for hearing has been filed within the time allowed by law to the Notice of and Motion for Relief from the Automatic Stay regarding 424 Winfield Avenue, Upper Darby, Delaware County, Pennsylvania, bearing Folio No.: 16-05-01520-00.

Respectfully submitted:

**TOSCANI & GILLIN, P.C.**

**Dated: 11/21/2020**    **BY:** /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Attorney for Delaware County Tax Claim Bureau
230 N. Monroe Street
Media, PA 19063
P (610) 565-2211
F (610) 565-1846
SBottiglieri@toscanigillin.com