**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN **IN RE:**     Regina N. K. Ndeto,         : Chapter 13
                        **Debtor**                : Case No. 15-18989-amc

**PRAECIPE TO WITHDRAW CERTIFICATION OF NO RESPONSE**

TO THE CLERK:

Kindly mark the Certification of No Response filed by the Delaware County Tax Claim Bureau at docket number 132 on November 21, 2020 as **WITHDRAWN**.

Respectfully submitted:

**TOSCANI & GILLIN, P.C.**

Dated: November 24, 2020        /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Attorney for the Delaware County
Tax Claim Bureau
230 N. Monroe Street
Media, PA 19063
P (610) 565-2211
F (610) 565-1846
sbottiglieri@toscanigillin.com