**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Regina N.K. Ndeto,　　　　　　　　　　: Chapter 13
　　　　　　　Debtor　　　　　　　　　　　　　: Case No. 15-18989-amc

## ORDER

**AND NOW**, it is hereby **ORDERED** that the corresponding Stipulation resolving the Motion for Relief filed by the Delaware County Tax Claim Bureau regarding the property known as 424 Winfield Avenue, Upper Darby, Delaware County, Pennsylvania bearing Folio Number 16-05-01520-00, is hereby **APPROVED**.

BY THE COURT:

Dated: _____

**Date: December 1, 2020**

_____
ASHELY M. CHAN,
UNITED STATES. BANKRUPTCY JUDGE