UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Regina N.K. Ndeto,  : Chapter 13
          Debtor  : Case No. 15-18989-amc

## ORDER

AND NOW, it is hereby **ORDERED** that the corresponding Stipulation resolving the Motion for Relief filed by the Delaware County Tax Claim Bureau regarding the property known as 305 Fairfield Avenue, Upper Darby, Delaware County, Pennsylvania bearing Folio Number 16-05-00348-00, is hereby **APPROVED**.

BY THE COURT:

*/s/ Ashely M. Chan*

ASHELY M. CHAN,
UNITED STATES. BANKRUPTCY JUDGE

Dated: _____
**Date: December 1, 2020**