United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Regina N.K. Ndeto  
    Debtor

Case No. 15-18989-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Feb 17, 2021     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14164843 | Citibank, N.A., as trustee for CMLTI Asset Trust, C/O Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| DAVID NEEREN | on behalf of Creditor Palm Avenue Hialeah LLC dneeren@udren.com, vbarber@udren.com |
| KEVIN G. MCDONALD | on behalf of Creditor ARCPE HOLDING LLC. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor ARPCPE Holding LLC bkgroup@kmllawgroup.com |
| LEONARD B. ALTIERI, III | on behalf of Creditor Delaware County Tax Claim Bureau laltieri@toscanigillin.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Feb 17, 2021 Form ID: trc Total Noticed: 1

TIMOTHY ZEARFOSS
    on behalf of Debtor Regina N.K. Ndeto tzearfoss@aol.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18989-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Regina N.K. Ndeto
424 Winfield Avenue
Upper Darby PA 19082

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/16/2021.

Name and Address of Alleged Transferor(s):

Claim No. 3: Citibank, N.A., as trustee for CMLTI Asset Trust, C/O Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

US Bank Trust National Association, et al
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/19/21

Tim McGrath
**CLERK OF THE COURT**