United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18989-amc |
| Regina N.K. Ndeto | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 11, 2021 | Form ID: 138NEW | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina N.K. Ndeto, 424 Winfield Avenue, Upper Darby, PA 19082-2121 |
| aty | + | JOHN ERIC KISHBAUGH, Udren Law Offices PC, 111 Woodcrest Road, Cherry Hill, NJ 08003-3620 |
| cr | + | Citibank, N.A., as trustee for CMLTI Asset Trust, c/o Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| cr | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14258802 | + | ARPCPE Holding, LLC, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 13648289 | + | CALIBER HOME LOANS, PO BOX 24610, OKLAHOMA CITY, OK 73124-0610 |
| 13648290 | + | CLEARSPRING LOAN SVCS INC, PO BOX 4869, DEPT #446, Houston, TX 77210-4869 |
| 14164843 | | Citibank, N.A., as trustee for CMLTI Asset Trust, C/O Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 13648291 | | DELCO TCB, GOVT CTR BLDG, MEDIA, PA 19063 |
| 14558113 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esquire, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14079612 | + | Kevin G.McDonald, Esquire, KML Law Group, P.C., Attn ARCPE Holdings LLC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13696095 | + | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 13648292 | + | NORTHERN LEASING SYSTEMS INC, PO BOX 7861, New York, NY 10116-7861 |
| 13697913 | + | Northern Leasing Systems, Inc., 525 Washington Blvd., 15th Floor, Jersey City, NJ 07310-2603 |
| 14583429 | | US Bank Trust National Association, et al, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 13648294 | + | US DEPT OF EDUCATION, NATL PAYMENT CTR, PO BOX 105028, ATLANTA, GA 30348-5028 |
| 13737102 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 13648295 | + | WELLS FARGO BANK N.A., ATTN BANKRUPTCY DEPT, 3476 STATEVIEW BLVD, FORT MILLS, SC 29715-7200 |
| 13725289 | | Wells Fargo Bank, N.A. Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 12 2021 01:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2021 01:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 12 2021 01:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Jun 12 2021 01:27:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 13654319 | + | Email/Text: duffyk@co.delaware.pa.us | Jun 12 2021 01:27:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 13648293 | | Email/Text: bankruptcy@td.com | Jun 12 2021 01:26:00 | TD BANK, OPERATIONS CTR, PO BOX 8400, LEWISTON, ME 04243 |

TOTAL: 6

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 138NEW | Total Noticed: 25 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, not in its i |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| DAVID NEEREN | on behalf of Creditor Palm Avenue Hialeah LLC dneeren@udren.com, vbarber@udren.com |
| KEVIN G. MCDONALD | on behalf of Creditor ARCPE HOLDING LLC. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor ARPCPE Holding LLC bkgroup@kmllawgroup.com |
| LEONARD B. ALTIERI, III | on behalf of Creditor Delaware County Tax Claim Bureau laltieri@toscanigillin.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Regina N.K. Ndeto tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Regina N.K. Ndeto
      Debtor(s)                                          Bankruptcy No: 15−18989−amc

                                                                             Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                          900 Market Street
                                                 Suite 400
                                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                        For The Court
                                                                                       Timothy B. McGrath
                                                                                           Clerk of Court

Dated: 6/11/21

                                                                                                                                        149 − 148
                                                                                                                        Form 138_new