| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 15-18989-AMC**

REGINA N.K. NDETO
424 WINFIELD AVE
UPPER DARBY  PA    19082

Petition Filed Date: 12/16/2015
341 Hearing Date: 03/18/2016
Confirmation Date: 05/18/2017

Case Status: Completed on 1/ 7/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $700.00 | 26141502510 | 03/03/2020 | $700.00 | 26141523491 | 04/07/2020 | $700.00 | 25661099474 |
| 05/05/2020 | $700.00 | 26336635053 | 05/20/2020 | $700.00 | 26336642286 | 07/14/2020 | $700.00 | 26544550555 |
| 08/03/2020 | $700.00 | 26544568781 | 09/01/2020 | $700.00 | 26544569512 | 09/22/2020 | $700.00 | 26544597164 |
| 10/20/2020 | $700.00 | 26635818273 | 01/07/2021 | $700.00 | 26920812273 | 01/07/2021 | $700.00 | 26920812262 |

**Total Receipts for the Period:  $8,400.00    Amount Refunded to Debtor Since Filing:  $33.00    Total Receipts Since Filing: $39,753.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | NORTHERN LEASING SYSTEMS INC<br>»» 004 | Unsecured Creditors | $974.22 | $171.27 | $802.95 |
| 1 | DELAWARE COUNTY TAX CLAIM BURE<br>»» 001 | Secured Creditors | $10,570.04 | $10,570.04 | $0.00 |
| 2 | DELAWARE COUNTY TAX CLAIM BURE<br>»» 002 | Secured Creditors | $18,225.32 | $18,225.32 | $0.00 |
| 3 | FAY SERVICING LLC<br>»» 003 | Ongoing Mortgage | $0.00 | $0.00 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $17,441.35 | $3,066.14 | $14,375.21 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Mortgage Arrears | $812.60 | $812.60 | $0.00 |
| 7 | TIMOTHY ZEARFOSS  ESQ<br>»» 007 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 0 | REGINA N.K. NDETO | Debtor Refunds | $33.00 | $33.00 | $0.00 |

Chapter 13 Case No. 15-18989-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,753.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $36,378.37 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,374.63 | Total Plan Base: | $39,720.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.